AO 440 (Del Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     DELAWARE

EVERETT D. TURNER

**SUMMONS IN A CIVIL CASE**

V.

WILMINGTON POLICE DEPARTMENT

CASE NUMBER:     0 5    7 1 6

TO: (Name and address of Defendant)

> Wilmington Police Department
> c/o James N. Mosley, Director of Public Safety
> William T. McLaughlin Public Safety Building
> 300 North Walnut Street
> Wilmington, Delaware 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Jeffrey K. Martin, Esquire (#2407)
> Margolis Edelstein
> 1509 Gilpin Avenue
> Wilmington, Delaware 19806
> 302-777-4680

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO            OCT 0 5 2005

CLERK            DATE

_Evelle Watson_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 10/06/05 |
| NAME OF SERVER (PRINT) DENORRIS BRITT | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED :WILMINGTON POLICE DEPARTMENT AT 300 N. WALNUT ST. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY R. FIORAVANTI (HOUSE SGT)

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/06/05
        Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.