IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EVERETT D. TURNER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 05-716 |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| WILMINGTON POLICE DEPARTMENT, | : | |
| | : | |
| Defendant. | : | |

## ENTRY OF APPEARANCE

TO:   Clerk of Court
   United States District Court for the District of Delaware
   844 North King Street
   Lock Box 18
   Wilmington, DE 19801

Please enter the appearance of Alex J. Mili, Jr., Esquire, as counsel for the Defendant, Wilmington Police Department, in the above captioned matter. The Defendant expressly reserves the right to answer, move, or otherwise plead to the Plaintiff's Complaint in this matter.

   /s/ Alex J. Mili, Jr.
   Alex J. Mili, Esquire (I.D. #4125)
   Assistant City Solicitor
   City of Wilmington Law Department
   Louis L. Redding City/County Building
   800 N. French Street, 9th Floor
   Wilmington, DE 19801
   (302)576-2175

.