IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVERETT D. TURNER,  :  <br>  : <br> Plaintiff,  : <br>  :  C.A. No. 05-716 <br> v.  :  TRIAL BY JURY DEMANDED <br>  : <br> WILMINGTON POLICE DEPARTMENT, : <br>  : <br> Defendant.  : | |

## CERTIFICATE OF SERVICE

I, Alex J. Mili, Jr., Esquire, hereby certify that on this 7th day of November, 2005, I electronically filed an Entry of Appearance with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following and that this document is available for viewing and downloading from CM/ECF:

Jeffrey K. Martin, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806

  /s/ Alex J. Mili, Jr.
Alex J. Mili, Esquire (I.D. #4125)
Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
(302)576-2175

.