

ATTORNEYS AT LAW
www.margolisedelstein.com

**DELAWARE OFFICE:**
1509 GILPIN AVENUE
WILMINGTON, DE 19806
302-777-4680
FAX 302-777-4682

JEFFREY K. MARTIN, ESQUIRE
jmartin@margolisedelstein.com

PHILADELPHIA OFFICE:*
THE CURTIS CENTER, 4TH FLOOR
601 WALNUT STREET
INDEPENDENCE SQUARE WEST
PHILADELPHIA, PA 19106-3304
215-922-1100
FAX 215-922-1772

HARRISBURG OFFICE:*
3510 TRINDLE ROAD
CAMP HILL, PA 17011
717-975-8114
FAX 717-975-8124

PITTSBURGH OFFICE:
310 GRANT STREET
THE GRANT BUILDING, SUITE 1500
PITTSBURGH, PA 15219
412-281-4256
FAX 412-642-2380

SCRANTON OFFICE:
THE OPPENHEIM BUILDING
409 LACKAWANNA AVENUE
SUITE 3C
SCRANTON, PA 18503
570-342-4231
FAX 570-342-4841

SOUTH NEW JERSEY OFFICE:*
SENTRY OFFICE PLAZA
216 HADDON AVENUE, 2ND FLOOR
P.O. BOX 92222
WESTMONT, NJ 08108
856-858-7200
FAX 856-858-1017

NORTH NEW JERSEY OFFICE:
CONNELL CORPORATE CENTER
THREE CONNELL DRIVE
SUITE 6200
BERKELEY HEIGHTS, NJ 07922
908-790-1401
FAX 908-790-1486

* MEMBER OF THE HARMONIE GROUP

January 30, 2006

The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

RE: **Everett D. Turner v. Wilmington Police Department**
C.A. No. 05-00716(GMS)

-------------------------------------------------------

Dear Judge Sleet:

This correspondence is in regard to the above-captioned case. An Answer to the Complaint was filed on November 23, 2005 in response to the Complaint filed on October 5, 2005. Plaintiff respectfully requests a Scheduling Conference at Your Honor's convenience.

If you have any questions or concerns, please do not hesitate to contact me.

Respectfully yours,

**JEFFREY K. MARTIN**

JKM:kg

cc:   Clerk of the Court

cc:   Alex J. Milli, Jr., Esquire