IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVERETT D. TURNER, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 05-716 |
| v. | : TRIAL BY JURY DEMANDED |
| | : |
| WILMINGTON POLICE DEPARTMENT, | : |
| | : |
| Defendant. | : |

**DEFENDANT WILMINGTON POLICE DEPARTMENT'S DISCLOSURE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26**

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendants Wilmington Police Department submits these initial disclosures based on information reasonably available at the time of submission. Defendants reserve the right to supplement these disclosures and the right to object to any disclosures based on appropriate grounds.

**1.      Names of individuals likely to have discoverable information:**

| | | | |
|---|---|---|---|
| | (a) | The parties. | See pleadings. |
| | (b) | Michael Sczcerba | 300 North Walnut Street, Wilmington, DE 19801 |
| | (c) | Mitchell Rock | 300 North Walnut Street, Wilmington, DE 19801 |
| | (d) | Corey Staats | 300 North Walnut Street, Wilmington, DE 19801 |
| | (e) | James Wright | 500 N. King Street, Wilmington, DE 19801 |
| | (f) | Kurtis Crawford | 300 North Walnut Street, Wilmington, DE 19801 |
| | (g) | Mitchell Rentz | 300 North Walnut Street, Wilmington, DE 19801 |
| | (h) | Eric Green | 300 North Walnut Street, Wilmington, DE 19801 |
| | (i) | Fray Lynch | 300 North Walnut Street, Wilmington, DE 19801 |
| | (j) | Steven Barnes | 300 North Walnut Street, Wilmington, DE 19801 |

|     |     |     |     |
| --- | --- | --- | --- |
| (k) | Scott Jones | 300 North Walnut Street, Wilmington, DE 19801 |
| (l) | Alvin Boardley | 300 North Walnut Street, Wilmington, DE 19801 |
| (m) | Michael Maggitti | 300 North Walnut Street, Wilmington, DE 19801 |
| (n) | Robert Curry | 300 North Walnut Street, Wilmington, DE 19801 |
| (o) | Michael Gifford | 300 North Walnut Street, Wilmington, DE 19801 |
| (p) | Elinza Cain | 800 North French Street, Wilmington, DE 19801 |
| (q) | Dr. David Raskin | Mental Health Sys., Inc. 19C Trolley Square, Wilm. DE 19806 |
| (r) | Dr. Jane Anderson | Delaware Family Ctr., 3608 Lancaster Pike, Wilm., DE 19805 |

**2. Documents:**

(a) Personnel files of the Wilmington Police Department Human Resources Division.

(b) Files related to Plaintiff's EEOC claim in the possession of undersigned counsel.

(c) Files related to Plaintiff's Workers Compensation case, which are in the possession of undersigned counsel and/or the City Medical Dispensary.

(d) Internal affairs files of the Office of Professional Standards, for which confidentiality is mandated by the Law Enforcement Officers Bill of Rights, 11 Del.C. § 9200 et seq.

(e) Plaintiff's patient file that is in the possession of Dr. David Raskin.

(f) Plaintiff's patient file that is in the possession of Dr. Jane Anderson.

**3. Identification of Experts:**

Dr. David Raskin, Mental Health System, Inc. 19C Trolley Square, Wilmington, DE 19806

**4.** **Insurance Coverage:**

The City is self-insured.

                                       **CITY OF WILMINGTON LAW DEPARTMENT**

                                       /s/ Alex J. Mili, Jr., Esquire
                                       Alex J. Mili, Jr., Esquire (DE Bar Id. No. 4125)
                                       800 N. French Street, 9th Floor
                                       Wilmington, DE 19801
                                       (302) 576-2175
Dated: February 22, 2006        Attorney for Defendant Wilmington Police Department