**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KENNETH A. BOYD, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 05-178 KAJ |
| v. | : TRIAL BY JURY DEMANDED |
| | : |
| WILMINGTON POLICE DEPARTMENT, | : |
| | : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

I, Alex J. Mili, Jr., Esquire, hereby certify that on the 22nd day of February, 2006 two (2) copies of the Wilmington Police Department's Disclosure Pursuant to Federal Rule of Civil Procedure 26 were served on the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following and a copy of said filing was served by U.S. Mail, postage pre-paid, to the following individual:

Jeffrey K. Martin, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806

**CITY OF WILMINGTON LAW DEPARTMENT**

/s/ Alex J. Mili, Jr., Esquire
Alex J. Mili, Jr., Esquire (DE Bar Id. No. 4125)
800 N. French Street, 9th Floor
Wilmington, DE 19801
(302) 576-2175
Attorney for Defendant Wilmington Police Department