IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVERETT D. TURNER, | : |
| | : |
| Plaintiff, | : C.A. NO. 05-716(GMS) |
| | : |
| v. | : |
| | : JURY TRIAL DEMANDED |
| WILMINGTON POLICE DEPARTMENT, | : |
| | : |
| Defendant. | : |

### NOTICE OF SERVICE

I, Jeffrey K. Martin, the undersigned Counsel for Plaintiff in the above-captioned case, hereby certify that two (2) true and correct copies of the foregoing *Plaintiff's Pre-Discovery Disclosures and Certificate of Service* were sent via U.S. Mail postage pre-paid on March 1, 2006 to the following:

Alex J. Mili, Jr., Esquire
City of Wilmington Law Department
City/County Building, 9th Floor
800 North French Street
Wilmington, Delaware 19801-3537

                                          MARGOLIS EDELSTEIN

                                          Jeffrey K. Martin, Esquire (#2407)
                                          1509 Gilpin Avenue
                                          Wilmington, DE 19806
                                          (302) 777-4680
                                          (303) 777-4682 fax
                                          jmartin@margolisedelstein.com
                                          Attorney for Plaintiff Everett Turner

Dated: March 1, 2006