## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

EVERETT D. TURNER,                        :
                                          :
            Plaintiff,                     :
                                          :        C.A. No.  05-716
v.                                         :        TRIAL BY JURY DEMANDED
                                          :
WILMINGTON POLICE DEPARTMENT, :
                                          :
            Defendant.                     :

### NOTICE OF SERVICE

I, Jeffrey K. Martin, the undersigned Counsel for Plaintiff in the above-captioned

case, hereby certify that two (2) true and correct copies of the foregoing *Plaintiff's*

*Answers to Defendant's First Set of Interrogatories* and *Certificate of Service* were sent

via U.S. Mail postage pre-paid on March 1, 2006 to the following:

Alex J. Mili, Jr., Esquire
City of Wilmington Law Department
City/County Building, 9th Floor
800 North French Street
Wilmington, Delaware 19801-3537

                              MARGOLIS EDELSTEIN

                              _____
                              Jeffrey K. Martin, Esquire (#2407)
                              1509 Gilpin Avenue
                              Wilmington, DE 19806
                              (302) 777-4680
                              (303) 777-4682 fax
                              jmartin@margolisedelstein.com
Dated:  March 1, 2006        Attorneys for Plaintiff