IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVERETT D. TURNER, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 05-716 |
| v. | : TRIAL BY JURY DEMANDED |
| | : |
| WILMINGTON POLICE DEPARTMENT, | : |
| | : |
| Defendant. | : |

## NOTICE OF SERVICE

I, Jeffrey K. Martin, the undersigned Counsel for Plaintiff in the above-captioned case, hereby certify that two (2) true and correct copies of the foregoing ***Plaintiff's Answers to Defendant's First Request for Production*** and ***Certificate of Service*** were sent via U.S. Mail postage pre-paid on March 1, 2006 to the following:

Alex J. Mili, Jr., Esquire
City of Wilmington Law Department
City/County Building, 9th Floor
800 North French Street
Wilmington, Delaware 19801-3537

              MARGOLIS EDELSTEIN

              /s/ Jeffrey K. Martin
              Jeffrey K. Martin, Esquire (#2407)
              1509 Gilpin Avenue
              Wilmington, DE 19806
              (302) 777-4680
              (303) 777-4682 fax
              jmartin@margolisedelstein.com
Dated: March 1, 2006        Attorneys for Plaintiff