IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVERETT D. TURNER, | : |
| | : |
| Plaintiff, | : C.A. NO. 05-716(GMS) |
| | : |
| v. | : |
| | : JURY TRIAL DEMANDED |
| WILMINGTON POLICE DEPARTMENT, | : |
| | : |
| Defendant. | : |

### NOTICE OF DEPOSITION OF
### CITY COUNCILMAN MICHAEL A. BROWN, SR.

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Everett D. Turner ("Plaintiff"), by and through his undersigned attorneys, will take the deposition of City Councilman Michael A. Brown, Sr. by oral testimony before an officer duly authorized to administer an oath, commencing on **Tuesday, April 11, 2006**, beginning at **10:00 a.m.**, at the offices of Margolis Edelstein, 1509 Gilpin Avenue, Wilmington, DE 19806. The deposition shall continue thereafter until terminated by counsel for the Plaintiff. The deposition will be recorded stenographically and/or videographically and/or audiographically, before a Notary Public or other officer authorized to administer oaths in Delaware, and will be for the purpose of discovery of evidence and for use at trial.

MARGOLIS EDELSTEIN

/s/ Jeffrey K. Martin
Jeffrey K. Martin, Esquire (#2407)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680
jmartin@margolisedelstein.com
Attorneys for Plaintiff

cc: Wilcox & Fetzer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVERETT D. TURNER, | : |
| Plaintiff, | : C.A. NO. 05-716(GMS) |
| v. | : JURY TRIAL DEMANDED |
| WILMINGTON POLICE DEPARTMENT, | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, do hereby certify that a copy of the *Notice of Deposition City Councilman Michael A. Brown, Sr.* was filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following

Alex J. Mili, Jr., Esquire
City of Wilmington Law Department
City/County Building, 9th Floor
800 North French Street
Wilmington, Delaware 19801-3537

MARGOLIS EDELSTEIN

/s/ Jeffrey K. Martin
Jeffrey K. Martin, Esquire (#2407)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680 phone
Attorneys for Plaintiff