IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EVERETT D. TURNER | : | |
| Plaintiff | : | |
| v. | : | Civil No. 05-716 GMS |
| | : | |
| WILMINGTON POLICE DEPARTMENT | : | |
| Defendant | : | |
| | : | |

**<u>ORDER</u>**

WHEREAS, on April 13, 2006, the plaintiff filed a Motion to Amend/Correct the complaint in the above-captioned case (D.I. 20);

WHEREAS, the defendant does not oppose the motion;

IT IS HEREBY ORDERED that:

1. The Motion to Amend/Correct the complaint is GRANTED; and

2. The Amended Complaint is deemed filed as of today's date.


April 28, 2006                    /s/ Gregory M. Sleet
                                  UNITED STATES DISTRICT JUDGE