**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

EVERETT D. TURNER,                              :
                                                :
                    Plaintiff,                  :
                                                :          C.A. No.  05-716 GMS
         v.                                     :          TRIAL BY JURY DEMANDED
                                                :
                                                :
CITY OF WILMINGTON,                             :
                                                :
                    Defendant.                  :

NOTICE OF FILING WITH CLERK'S OFFICE

    Notice is hereby given that the documents listed below have been manually filed with the

Court and are available in paper form only:

    (1)    Appendix to Defendants' Opening Brief in Support of Its Motion for Summary
           Judgment;

    The original documents are maintained in the case file in the Clerk's Office.

                              CITY OF WILMINGTON LAW DEPARTMENT


                                   /s/ Alex J. Mili
                              Alex J. Mili, Jr., Esquire (I.D. #4125)
                              Senior Assistant City Solicitor
                              Louis L. Redding City/County Building
                              800 French Street, 9th Floor
                              Wilmington, Delaware 19801-3537
                              (302) 576-2175
                              Attorneys for Defendants


DATED: September 1, 2006