**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EVERETT D. TURNER, | : | |
| | : | |
|    Plaintiff, | : | |
| | : | C.A. No. 05-716 GMS |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| CITY OF WILMINGTON, | : | |
| | : | |
|    Defendant. | : | |

**CERTIFICATE OF SERVICE**

   I, Alex J. Mili, Jr, Esquire, hereby certify that on this 1st day of September, 2006, a copy of the Notice of Paper Filing for the Appendix to Defendants' Opening Brief in Support of Its Motion for Summary Judgment was served with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and that this document is available for viewing and downloading from CM/ECF:

        Jeffrey K. Martin, Esquire
        Margolis Edelstein
        1509 Gilpin Avenue
        Wilmington, DE 19806

        CITY OF WILMINGTON LAW DEPARTMENT

        /s/ Alex J. Mili, Jr.
        Alex J. Mili, Jr., Esquire (I.D. #4125)
        Senior Assistant City Solicitor
        Louis L. Redding City/County Building
        800 N. French Street, 9th Floor
        Wilmington, DE 19801
        (302) 576-2175
        Attorney for Defendant