# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EVERETT D. TURNER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 05-716 GMS |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| CITY OF WILMINGTON, | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, Alex J. Mili, Jr, Esquire, hereby certify that on this 1st day of September, 2006, a copy of the Defendant's Motion for Summary Judgment was served with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and that this document is available for viewing and downloading from CM/ECF:

> Jeffrey K. Martin, Esquire
> Margolis Edelstein
> 1509 Gilpin Avenue
> Wilmington, DE 19806

CITY OF WILMINGTON LAW DEPARTMENT

/s/ Alex J. Mili, Jr.
Alex J. Mili, Jr., Esquire (I.D. #4125)
Senior Assistant City Solicitor
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
(302) 576-2175
Attorney for Defendant