IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVERETT D. TURNER, | : |
| | : |
| Plaintiff, | : C.A. NO. 05-716 (GMS) |
| | : |
| v. | : |
| | : JURY TRIAL DEMANDED |
| CITY OF WILMINGTON, | : |
| | : |
| Defendant. | : |

### CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, Esquire, do hereby certify that on September 18, 2006, I electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following attorney-of-record below:

    Alex J. Mili, Jr., Esquire
    City of Wilmington Law Department
    City/County Building, 9th Floor
    800 North French Street
    Wilmington, Delaware 19801-3537

                        **MARGOLIS EDELSTEIN**

                        Jeffrey K. Martin, Esquire (#2407)
                        1509 Gilpin Avenue
                        Wilmington, Delaware 19806
                        (302) 777-4680 phone
                        (302) 777-4682 facsimile
                        jmartin@margolisedelstein.com
                        Attorneys for Plaintiff Everett D. Turner

Dated: September 18, 2006