# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

EVERETT D. TURNER,            :
                             :

         Plaintiff,          :

                             :          C.A. No. 05-716

v.                             :          TRIAL BY JURY DEMANDED

                             :

CITY OF WILMINGTON,        :

                             :

         Defendant.        :

**AFFIDAVIT OF ALVIN BOARDLEY**

STATE OF DELAWARE      )
                             :      SS.
NEW CASTLE COUNTY     )

     I, ALVIN BOARDLEY, being duly sworn according to law, depose and state that the

information contained herein is based on my own personal knowledge and is true and correct:

     1.      I have been a City of Wilmington Police Officer since 1978.

     2.      My race is African-American.

     3      In February of 2004, I was instructed by Sgt. Corey Staats to answer seven questions

set forth in an internal investigation questionnaire about Lt. Rock and Corporal Everett Turner.

     3.      My answers to the above-described questionnaire are attached to this affidavit.

     4.      My attached answers to the above-described questionnaire are true and correct to the

best of my knowledge.

     5.      Question #3 of the above-described questionnaire inquires about the term "blank".

6.      Question #5 of the above-described questionnaire inquires about Lt. Rock snatching a clipboard for Turner while addressing Turner with profanity.  When I observed this incident, I began laughing because I perceived that Lt. Rock was joking.

_____
Alvin Boardley

SWORN AND SUBSCRIBED before me this 20ᵗʰ day of September, 2006.

_____
Notarial Officer

ANNE S. HERRELL
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 15, 2009

Cpl. A. Boardley

## WITNESS TO AN INTERNAL INVESTIGATION QUESTIONNAIRE

**YOU ARE DIRECTED TO SUBMIT A DETAILED REPORT CONCERNING THIS MATTER, SPECIFICALLY YOU ARE TO ANSWER THE FOLLOWING QUESTIONS**

Did you witness either at an "F" platoon roll call or any other on duty occasion, any confrontation(s) involving Lt M. Rock and Cpl. E. Turner?. Specifically:

Was Officer Turner Consistently subjected to rude, humiliating or racial comments by Lt. Rock? Answer this question specifically as to the time frame. (This week, last week, last year, etc...)

Did you witness Lt. Rock Specifically call Officer Turner a "Mother Fucker" or "Blank"? **If you answer YES, elaborate on your answer as to the way YOU perceived it. i.e. Did Lt. Rock appear mad? was there a possibility for physical violence? Was he jovial? Etc.**

During any roll call. Did you hear Lt. Rock say to Officer Turner "Everett, shut the fuck up and sit the fuck down"? **If you answer YES, elaborate on your answer as to the way YOU perceived it. i.e. Did Lt. Rock appear mad? was there a possibility for physical violence? Was he jovial? Etc.**

Allegedly, there was an incident when Officer Turner was holding a clipboard that belonged to Lt. Rock. Did you hear Lt. Rock say to Officer Turner, Is that my fucking clipboard? You fucking stole my clipboard, Give me my fucking clipboard?
In addition to this incident, did you witness the LT. take the clipboard from Turners' hands and throw the papers onto the floor. Followed by "How do you like that Mother fucker? Fucking thief" **If you answer YES, elaborate on your answer as to the way YOU perceived it. i.e. Did Lt. Rock appear mad? was there a possibility for physical violence? Was he jovial? Etc.**

If you attended the "F" platoon Christmas party. Did you witness any altercations between Lt. Rock and any other officer? **If yes, Who?**

Did you witness Lt. Rock loosely or inappropriately use the word "Nigger" during a roll call? **If you answer YES, elaborate on your answer as to the way YOU perceived it and the manner in which it was used. i.e. Directed at a person?, a joke? Etc.....**

WILMINGTON DEPARTMENT OF POLICE

WILMINGTON, DELAWARE



**DEPARTMENTAL INFORMATION**

TO:    Chief Michael Szczerba

FROM:    Mst. Cpl. Alvin Boardley

DATE:    3 Feb 04

RE:    Internal Investigation

Sir:

This report is being submitted by this officer in reference to a internal investigation questionnaire.

1. No
2. No
3. The term "blank" is frequently used on F Platoon and through out the department. As to weather Lt. Mitch Rock referred to Ofc. I



**WILMINGTON POLICE DEPARTMENT**

**WILMINGTON, DELAWARE**



<u>**DEPARTMENTAL INFORMATION**</u>                    ASSIGNMENT: Spec. Ops

This writer is not offended by the word blank.

4. No

5. Giving the fact that this incident occurred approximately a year ago. I don't remember what was actually said however I do remember Lt. Mitch Rock dropping the clip board on the floor at which time this writer began laughing because I felt Lt. Mitch Rock was joking.

6. No

7. In reference to the word Nigger being quoted at roll call.



**WILMINGTON POLICE DEPARTMENT**

**WILMINGTON, DELAWARE**



**DEPARTMENTAL INFORMATION**                    ASSIGNMENT: Spec. Ops.

that the prisoner only compliant
was that someone had called him
a Nigger. This was not directed
at anyone at roll call. This writer
did not feel offended by the word
Nigger being quoted at roll call by
Lt. Mitch Rock.