IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EVERETT D. TURNER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 05-716 GMS |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| CITY OF WILMINGTON, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I, Alex J. Mili, Jr, Esquire, hereby certify that on this 25th day of September, 2006, a copy of the Defendant's Reply Brief in Support of Its Motion for Summary Judgment was served with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and that this document is available for viewing and downloading from CM/ECF:

        Jeffrey K. Martin, Esquire
        Margolis Edelstein
        1509 Gilpin Avenue
        Wilmington, DE 19806

        CITY OF WILMINGTON LAW DEPARTMENT

        /s/ Alex J. Mili, Jr.
        Alex J. Mili, Jr., Esquire (I.D. #4125)
        Senior Assistant City Solicitor
        Louis L. Redding City/County Building
        800 N. French Street, 9th Floor
        Wilmington, DE 19801
        (302) 576-2175
        Attorney for Defendant