IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **EVERETT D. TURNER,** | : | |
| | : | |
| Plaintiff, | : | C.A. NO. 05-716 (GMS) |
| | : | |
| v. | : | |
| | : | **JURY TRIAL DEMANDED** |
| **CITY OF WILMINGTON,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

IT IS HEREBY ORDERED, this _____ day of _____, 2006, that Plaintiff's Motion For Continuance Of Trial Date Based Upon Constitutionally Flawed Jury Selection Process, is GRANTED.

_____
J.