## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

EVERETT D. TURNER,                    :
                                      :
    **Plaintiff,**                 :        **C.A. NO. 05-716 (GMS)**
                                      :
    v.                             :
                                      :        **JURY TRIAL DEMANDED**
CITY OF WILMINGTON,                   :
                                      :
    **Defendant.**                 :

## NOTICE OF ELECTRONIC FILING

I, Jeffrey K. Martin, Esquire, do hereby certify that on December 22, 2006, I electronically filed a Notice of Motion and Motion For Continuance Of Trial Date Based Upon Constitutionally Flawed Jury Selection Process using Electronic File and Serve which will send notification of such filing to the following attorney of record:

> Alex J. Mili, Jr., Esquire
> City of Wilmington Law Department
> City/County Building, 9th Floor
> 800 North French Street
> Wilmington, Delaware 19801-3537


**MARGOLIS EDELSTEIN**

*/s/ Jeffrey K. Martin*

_____

Jeffrey K. Martin, Esquire (DE Bar #2407)
Lori A. Brewington (DE Bar #4522)
1509 Gilpin Avenue
Wilmington, DE  19806
(302) 777-4680
Attorneys for Plaintiff