

ATTORNEYS AT LAW
www.margolisedelstein.com

**DELAWARE OFFICE:**
1509 GILPIN AVENUE
WILMINGTON, DE 19806
302-777-4680
FAX 302-777-4682

JEFFREY K. MARTIN, ESQUIRE
jmartin@margolisedelstein.com

PHILADELPHIA OFFICE:*
THE CURTIS CENTER, 4TH FLOOR
601 WALNUT STREET
INDEPENDENCE SQUARE WEST
PHILADELPHIA, PA 19106-3304
215-922-1100
FAX 215-922-1772

HARRISBURG OFFICE:*
3510 TRINDLE ROAD
CAMP HILL, PA 17011
717-975-8114
FAX 717-975-8124

PITTSBURGH OFFICE:
310 GRANT STREET
THE GRANT BUILDING, SUITE 1500
PITTSBURGH, PA 15219
412-281-4256
FAX 412-642-2380

SCRANTON OFFICE:
THE OPPENHEIM BUILDING
409 LACKAWANNA AVENUE
SUITE 3C
SCRANTON, PA 18503
570-342-4231
FAX 570-342-4841

SOUTH NEW JERSEY OFFICE:*
SENTRY OFFICE PLAZA
216 HADDON AVENUE, 2ND FLOOR
P.O. BOX 92222
WESTMONT, NJ 08108
856-858-7200
FAX 856-858-1017

NORTH NEW JERSEY OFFICE:
CONNELL CORPORATE CENTER
THREE CONNELL DRIVE
SUITE 6200
BERKELEY HEIGHTS, NJ 07922
908-790-1401
FAX 908-790-1486

* MEMBER OF THE HARMONIE GROUP

February 9, 2007

The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

RE:   Everett D. Turner v. Wilmington Police Department
      C.A. No. 05-00716(GMS)

---

Dear Judge Sleet:

This matter is scheduled for a pre-trial conference on March 7, 2007. In December 2006, Plaintiff filed a Motion for a Continuance of this matter, as well as, a Motion for a Continuance in another case that is currently pending before Chief Judge Robinson (Miller v. Town of Milton). Defendant through their counsel, Alex Mili, Esquire, does not object to our Motion for a Continuance. In both Motions, Plaintiffs Turner and Miller contend that the number of African Americans in the qualified jury pool in Delaware District Court does not reflect a fair cross section of the community in violation of both the Sixth Amendment of the Constitution and the Jury Selection and Service Act of 1968.

Although Chief Judge Robinson denied our Motion for a Continuance in the Miller case, this decision is currently on appeal to the Third Circuit Court of Appeals. As such, Judge Robinson has ordered that the trial in Miller be continued pending the Third Circuit's ruling on the issue of jury selection in Delaware District Court.

In light of the situation, Plaintiff's counsel respectfully requests a continuance of the pre-trial conference and that the parties be relieved of their pre-trial obligations.

Respectfully yours,

for JKM

JEFFREY K. MARTIN

JKM:lab

cc:   Clerk of the Court
cc:   Alex J. Milli, Jr., Esquire
cc:   Mr. Everett Turner