IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EVERETT D. TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-716 GMS |
| | ) | |
| CITY OF WILMINGTON, | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

WHEREAS, on December 22, 2006, the plaintiff filed a Motion for Continuance of the Trial Date Based Upon Constitutionally Flawed Jury Selection Process (D.I. 32);

WHEREAS, on February 9, 2007, the plaintiff filed a letter (D.I. 33), requesting a continuance of the pretrial conference; and

WHEREAS, after having considered the plaintiff's motion and request, the court concludes that the pretrial conference and trial in the case shall proceed as scheduled on March 7, 2007 and March 26, 2007, respectively, for the reasons stated in the Memorandum Order (D.I. 133) issued in another case proceeding in this district, *Boyd v. City of Wilmington*, Civ. No. 05-178-SLR (D. Del.);[1]

IT IS HEREBY ORDERED that:

1. The plaintiff's Motion for Continuance of the Trial Date Based Upon Constitutionally Flawed Jury Selection Process (D.I. 32) is DENIED.

---

[1] The court finds the analysis in the Memorandum Order issued by Chief Judge Sue L. Robinson persuasive and concludes that the plaintiff's challenge to the court's Jury Selection Plan is without merit.

    2.       The plaintiff's letter request (D.I. 33) to continue the pretrial conference is DENIED.

Dated: February 20, 2007                                /s/ Gregory M. Sleet
                                                                    UNITED STATES DISTRICT JUDGE