IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVERETT D. TURNER, | : |
| | : |
| Plaintiff, | :  C.A. NO. 05-716 (GMS) |
| | : |
| v. | : |
| | :  JURY TRIAL DEMANDED |
| CITY OF WILMINGTON, | : |
| | : |
| Defendant. | : |

## NOTICE OF ELECTRONIC FILING

I, Jeffrey K. Martin, Esquire, do hereby certify that on February 22, 2007, I electronically filed a *Motion for a Stay of the Trial Pending Plaintiff's Appeal to the Third Circuit Court of Appeals* using Electronic File and Serve which will send notification of such filing to the following attorney of record:

>Alex J. Mili, Jr., Esquire
>City of Wilmington Law Department
>City/County Building, 9th Floor
>800 North French Street
>Wilmington, Delaware 19801-3537

>MARGOLIS EDELSTEIN
>
>_/s/ for Jeffrey K. Martin_
>Jeffrey K. Martin, Esquire (DE Bar #2407)
>1509 Gilpin Avenue
>Wilmington, DE 19806
>(302) 777-4680
>Attorneys for Plaintiff