IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVERETT D. TURNER, | : |
| | : |
| Plaintiff, | : C.A. NO. 05-716 (GMS) |
| | : |
| v. | : |
| | : JURY TRIAL DEMANDED |
| CITY OF WILMINGTON, | : |
| | : |
| Defendant. | : |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Everett Turner, by and through his attorneys Margolis Edelstein, appeals to the United States Court of Appeals for the Third Circuit the attached Order of the District Court denying Plaintiff's Motion for a Continuance of the trial date based upon the constitutionally flawed jury selection process in the U.S. District Court for the District of Delaware entered in this action on February 22, 2007.

MARGOLIS EDELSTEIN

Jeffrey K. Martin, Esquire
1509 Gilpin Avenue
Wilmington, Delaware 19801
Attorneys for Plaintiff
(302)777-4680

Dated: February 22, 2007