IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EVERETT D. TURNER, | : | |
| | : | |
| Plaintiff, | : | C.A. NO. 05-716 (GMS) |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| CITY OF WILMINGTON, | : | |
| | : | |
| Defendant. | : | |

### CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, Esquire, do hereby certify that on February 22, 2007, I electronically filed *Notice of Appeal* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following attorneys-of-record below:

> Alex J. Mili, Jr., Esquire
> City of Wilmington Law Department
> City/County Building, 9th Floor
> 800 North French Street
> Wilmington, Delaware 19801-3537

> > > > MARGOLIS EDELSTEIN
> > > >
> > > > _____ for Jeffrey K. Martin
> > > > Jeffrey K. Martin, Esquire (DE #2407)
> > > > 1509 Gilpin Avenue
> > > > Wilmington, Delaware 19806
> > > > Attorneys for Plaintiff
> > > > (302)777-4680