IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EVERETT D. TURNER, | : | |
| | : | |
| Plaintiff, | : | C.A. NO. 05-716 (GMS) |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| CITY OF WILMINGTON, | : | |
| | : | |
| Defendant. | : | |

### ORDER

At Wilmington this 22nd day of February, 2007, having considered plaintiff's motion for a stay of the trial pending the plaintiff's appeal to the Third Circuit Court of Appeals;

IT IS ORDERED that plaintiff's motion for a stay of the trial pending the plaintiff's appeal to the Third Circuit Court of Appeals is granted.

/s/ _____
United States District Judge

FILED
FEB 2 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE