IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EVERETT D. TURNER, | : | |
| Plaintiff, | : | |
| | : | C.A. No. 05-716 GMS |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| CITY OF WILMINGTON, | : | |
| Defendant. | : | |

### SUBSTITUTION OF COUNSEL

TO:   Clerk of Court
      United States District Court for the District of Delaware
      844 N. King Street
      Wilmington, DE 19801

Please substitute the appearance of Gary W. Lipkin, Esquire as attorney for the Defendant, City of Wilmington and withdraw the appearance of Alex J. Mili, Jr., Esquire as attorney for Defendant, City of Wilmington.

_____
Gary W. Lipkin, Esquire (I.D. # 4044)
Assistant City Solicitor
City of Wilmington Law Department
800 French Street, 9th Floor
Wilmington, DE 19801

_____
Alex J. Mili, Jr., Esquire (I.D. #4125)
Senior Assistant City Solicitor
City of Wilmington Law Department
800 French Street, 9th Floor
Wilmington, DE 19801

Dated: 1/29/08

Dated: 1/29/08

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EVERETT D. TURNER, :
:
    Plaintiff, :
:
                                                                         : C.A. No. 05-716 GMS
v. : TRIAL BY JURY DEMANDED
:
CITY OF WILMINGTON, :
:
    Defendant. :

**CERTIFICATE OF SERVICE**

I, Alex J. Mili, Jr., Esquire, hereby certify that on this 31st day of January, 2008, I electronically filed the Defendant's Substitution of Counsel with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and that these documents are available for viewing and downloading from CM/ECF:

        Jeffrey K. Martin, Esquire
        Martin & Wilson
        1508 Pennsylvania Avenue
        Wilmington, DE 19806

        CITY OF WILMINGTON LAW DEPARTMENT

        _/s/ Alex J. Mili_
        Alex J. Mili, Jr., Esquire (I.D. #4125)
        Senior Assistant City Solicitor
        Louis L. Redding City/County Building
        800 N. French Street, 9th Floor
        Wilmington, DE 19801
        (302) 576-2175
        Attorney for Defendant